ORIGINAL

DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -X
STEPHEN MALLON,

Plaintiff,

- against -

SURFACE MEDIA LLC,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - -X

25 Civ. 0050 (LLS)

ORDER

Plaintiff Stephen Mallon commenced this action by filing a complaint on January 3, 2025. He obtained a Clerk's Certificate of Default against the sole defendant, Surface Media LLC, on February 5, 2025, which he served on defendant on February 18, 2025. However, since that time, no action has been taken in this case. Accordingly, it is

ORDERED, that this action is dismissed without prejudice for failure to prosecute. The Clerk of Court is directed to close this case.

Dated: New York, New York
September 16, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.